IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TUREK and LESLIE TUREK

        Plaintiff,

v.

STANFORD UNIVERSITY MEDICAL CENTER

        Defendant.

CASE NO. 3:12-cv-00444 MEJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Christopher C. Fallon, Jr. , whose business address and telephone number is

Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508 (215) 665-2000

and who is an active member in good standing of the bar of Commonwealth of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 23, 2012



Judge Maria-Elena James