RECEIVED
2012 APR 30 P 2: 34

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TUREK and LESLIE TUREK, as Successors in Interest to the estate of MICHAEL TUREK, Deceased, and in their individual capacity;<br><br>Plaintiffs,<br><br>vs.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, DR. JUSTIN BIRNBAUM, M.D., DR. MICHAEL GADBOW, M.D., DR. KATHERINE IESEN, Ph.D., DR. JOY RUSMINTRATIP, M.D., Ph.D., DR. CLAIRE TURCHI, M.D;<br><br>Defendants. | Case No.: C 12-00444 (MEJ)<br>[Assigned for all purposes to Hon. Maria-Elena James, Courtroom B]<br><br>[PROPOSED] ORDER CONTINUING THE MAY 17, 2012 CASE MANAGEMENT CONFERENCE, RULE 26(F) REPORT, AND INITIAL DISCLOSURES |

AND NOW, this __3__ day of __May__, 2012, upon consideration of the Joint Stipulation and Request to Continue the May 17, 2012, Case Management Conference, good cause having been shown,

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The May 17, 2012, Case Management Conference be continued until **June 14, 2012**, at 10:00 a.m.;

2. The last day to file the Rule 26(f) Report, complete initial disclosures, and file the Joint Case Management Statement be set for **June 7, 2012**; and

---

3. The last day to meet and confer regarding initial disclosures, file an ADR Certification, and file a Stipulation to ADR Process be set for **May 24, 2012**.

Date: May 3, 2012

_____
HON. MARIA-ELENA JAMES
CHIEF MAGISTRATE JUDGE,
UNITES STATES DISTRICT COURT

LOS_ANGELES\205643\1 279461.000