United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TUREK and LESLIE TUREK, as
Successors in Interest to the Estate of Michael
Turek, Deceased, and in their individual capacity,

           Plaintiffs,

  v.

STANFORD UNIVERSITY MEDICAL CENTER,
JUSTIN BIRNBAUM, M.D., MICHAEL
GADBOW, M.D., KATHERINE IESEN, Ph.D.,
JOY RUSMINTRATIP, M.D., Ph.D., CLAIRE
TURCHI, M.D.,

           Defendants.

_____/

No. C 12-00444 WHA

ORDER RE STIPULATION
TO DISMISS
SURVIVORSHIP
CLAUSE OF ACTION

      The stipulation to dismiss survivorship cause of action is **APPROVED**. The motion to dismiss now pending is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Dated:  June 28, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE