**DUMMIT, BUCHHOLZ & TRAPP**
   Attorneys At Law
   1661 Garden Highway
Sacramento, California 95833-9706
   Telephone (916) 929-9600
   Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendants STANFORD HOSPITAL & CLINICS,
*erroneously sued herein as Stanford University Medical Center,*
DR. JUSTIN BIRNBAUM, M.D., DR. MICHAEL GADBOW, M.D.,
DR. KATHERINE IESEN, Ph.D., DR. JOY RUSMINTRATRIP, M.D.,
Ph.D., DR. CLAIRE TURCHI, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TUREK and LESLIE TUREK, as Successors in Interest to the estate of MICHAEL TUREK, Deceased, and in their individual capacity,<br><br>    Plaintiffs,<br><br>  vs.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, DR. JUSTIN BIRNBAUM, M.D., DR. MICHAEL GADBOW, M.D., DR. KATHERINE IESEN, Ph.D., DR. JOY RUSMINTRATRIP, M.D., Ph.D., DR. CLAIRE TURCHI, M.D.,<br><br>    Defendants. | Case No. 3:12-CV-00444-SC<br><br>**STIPULATION TO DISMISS DEFENDANTS MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D, AND CLAIRE TURCHI, M.D.**<br><br>Complaint Filed:  01/27/12<br>Trial Date:        Not Scheduled |

    Plaintiffs, ANTHONY TUREK and LESLIE TUREK, by and through their counsel, and Defendants, STANFORD HOSPITAL & CLINICS, JUSTIN BIRNBAUM, M.D., MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D., JOY RUSMINTRATRIP, M.D., and CLAIRE TURCHI, M.D., by and through their counsel, hereby stipulate and agree to the dismissal with

-1-
STIPULATION TO DISMISS DEFENDANTS MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D, AND CLAIRE TURCHI, M.D.

prejudice of Defendants, MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D., and CLAIRE TURCHI, M.D., from this matter.  Each party to bear their own fees and costs.

DATED: October 10, 2012          COZEN O'CONNOR

By: /s/ William Taylor
William Taylor
Attorney for Plaintiffs ANTHONY TUREK and LESLIE TUREK, as Successors in Interest to the estate of MICHAEL TUREK, Deceased, and in their individual capacity

DATED: October 5, 2012          DUMMIT, BUCHHOLZ & TRAPP

By: /s/ Daniela P. Stoutenburg
Daniela P. Stoutenburg
Carolyn L. Katzorke
Attorneys for Defendants STANFORD HOSPITAL & CLINICS, *erroneously sued herein as Stanford University Medical Center,* DR. JUSTIN BIRNBAUM, M.D., DR. MICHAEL GADBOW, M.D., DR. KATHERINE IESEN, Ph.D., DR. JOY RUSMINTRATRIP, M.D., Ph.D., and DR. CLAIRE TURCHI, M.D.