1  Mark S. Roth, Esq. (SBN 80612)
   mroth@cozen.com
2  Megan R. Peitzke, Esq. (SBN 230375)
   mpeitzke@cozen.com
3  COZEN O'CONNOR
   601 S. Figueroa Street
4  Suite 3700
   Los Angeles, California 90017
5  Telephone: (213) 892-7906
   Facsimile: (866) 537-7533
6
   Christopher C. Fallon, Jr. (Admitted *pro hac vice*)
7  William J. Taylor (Admitted *pro hac vice*)
   COZEN O'CONNOR
8  1900 Market Street
   Philadelphia, Pennsylvania 19103
9  Telephone: (215) 665-2000
   Facsimile: (215) 665-2013
10
   Attorneys for Plaintiff
11 ANTHONY TUREK and LESLIE TUREK, as
   Successors in Interest of MICHAEL TUREK,
12 Deceased.

13

14 **UNITED STATES DISTRICT COURT FOR**

15 **THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  ANTHONY TUREK and LESLIE TUREK, )<br>as Successors in Interest to the estate of )<br>17  MICHAEL TUREK, Deceased, and in their )<br>individual capacity; )<br>18  )<br>Plaintiffs, )<br>19  )<br>vs. )<br>20  )<br>STANFORD UNIVERSITY MEDICAL )<br>21  CENTER, DR. JUSTIN BIRNBAUM, M.D., )<br>DR. MICHAEL GADBOW, M.D., DR. )<br>22  KATHERINE IESEN, Ph.D., DR. JOY )<br>RUSMINTRATIP, M.D., Ph.D., DR. )<br>23  CLAIRE TURCHI, M.D; )<br>)<br>24  Defendants. )<br>) | Case No.: 3:12-CV-00444-WHA<br><br>**[PROPOSED] ORDER RE CONTINUING MEDIATION COMPLETION DATE PER LOCAL RULE 7-12**<br><br>Complaint Filed:  01/27/12<br>Trial Date:          10/21/13 |

25 ///

26 ///

27

28 ///

---

[PROPOSED] ORDER RE: CONTINUING MEDIATION COMPLETION DATE

1  In accordance with the Stipulation of the parties, and good cause appearing, it is
2  hereby ORDERED that the deadline for completing mediation is hereby continued to
3  February 12, 2013                .  All other deadlines shall remain in place.
4
5  IT IS SO ORDERED .
6
   DATED: November 26, 2012
7
8                                    _____
9                                    Hon.
                                     United
10
11 LOS_ANGELES\219791\1

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*