IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TUREK and LESLIE TUREK, as Successors in Interest to the Estate of Michael Turek, Deceased, and in their individual capacity,

Plaintiffs,

v.

STANFORD UNIVERSITY MEDICAL CENTER, JUSTIN BIRNBAUM, M.D., MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D., JOY RUSMINTRATIP, M.D., Ph.D., CLAIRE TURCHI, M.D.,

Defendants.
/

No. C 12-00444 WHA

**ORDER CONTINUING HEARING ON DISCOVERY DISPUTE**

Per plaintiffs' request, the three-hour meet-and-confer in the Court's jury room is **CONTINUED** to **WEDNESDAY, JANUARY 30, STARTING FROM 7:30 A.M. AND CONTINUING TO 10:30 A.M.** At 10:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers at 7:30 a.m. to be let into the jury room.

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE