IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TUREK and LESLIE TUREK, as Successors in Interest to the Estate of Michael Turek, Deceased, and in their individual capacity,

Plaintiffs,

v.

STANFORD UNIVERSITY MEDICAL CENTER, JUSTIN BIRNBAUM, M.D., MICHAEL GADBOW, M.D., KATHERINE IESEN, Ph.D., JOY RUSMINTRATIP, M.D., Ph.D., CLAIRE TURCHI, M.D.,

Defendants.

No. C 12-00444 WHA

**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

In response to plaintiffs' letter of June 27 concerning a discovery dispute, the Court **SETS** a two-hour meet-and-confer on **TUESDAY, JULY 2, 2013, FROM 9:00--11:00 A.M.**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 11:00 a.m., the Court shall hear any unresolved issue(s). Defendants' response is due by noon on July 1.

Please note that only those lawyers who personally participate in the two-hour meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: June 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE