**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  ANTHONY TUREK and LESLIE TUREK, as
   Successors in Interest to the Estate of Michael
10 Turek, Deceased, and in their individual capacity,          No. C 12-00444 WHA
11                        Plaintiffs,
12        v.                                                   **ORDER VACATING**
                                                              **HEARING RE PLAINTIFFS'**
13 STANFORD UNIVERSITY MEDICAL CENTER,                        **DISCOVERY DISPUTE**
   JUSTIN BIRNBAUM, M.D., MICHAEL
14 GADBOW, M.D., KATHERINE IESEN, Ph.D.,
   JOY RUSMINTRATIP, M.D., Ph.D., CLAIRE
15 TURCHI, M.D.,
16                        Defendants.
17 _____/
18        In response to plaintiffs' letter of June 27 concerning a discovery dispute, a mandatory

19 meet-and-confer and hearing were set for July 2, 2013. On July 1, plaintiffs filed a letter stating

20 that the parties "have arrived at a mutually agreeable solution" to the dispute and that there is no

21 further need for Court intervention (Dkt. No. 70). Accordingly, the meet-and-confer and hearing

22 regarding the discovery dispute are hereby **VACATED**.

23
24
25        **IT IS SO ORDERED.**
26 Dated: July 1, 2013.                          _____
27                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
28