IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY and LESLIE TUREK, as successors in interest to the Estate of Michael Turek, deceased, and in their individual capacities,<br><br>    Plaintiffs,<br><br>  v.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, JUSTIN BIRNBAUM, M.D. MICHAEL GADBOW, M.D., KATHERINE IESEN, M.D., JOY RUSMINTRATIP, M.D., and CLAIRE TURCHI, M.D.,<br><br>    Defendants.<br>                                         / | No. C 12-00444 WHA<br><br>**ORDER REQUIRING PLAINTIFFS' RESPONSE TO DEFENDANTS' LETTER BRIEF** |

     In a letter brief filed on October 8 (Dkt. No. 133), defendants request an order to quash a Rule 45 subpoena issued by plaintiffs on October 4. The subpoena is directed to the custodian of records for Stanford University Medical Center and commands the production of various AMA policies and procedures. Among other reasons, defendants argue that the subpoena is untimely — as the close of discovery has long passed — and that the subpoena directly contradicts the rulings given at the October 7 pretrial conference. As such, plaintiffs shall file a response to defendants' letter brief, addressing in particular the aforementioned arguments. Plaintiffs' response is due by **NOON ON OCTOBER 10.**

    **IT IS SO ORDERED.**

Dated: October 9, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE