**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY and LESLIE TUREK, as successors in interest to the Estate of Michael Turek, deceased, and in their individual capacities,<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, JUSTIN BIRNBAUM, M.D. MICHAEL GADBOW, M.D., KATHERINE IESEN, M.D., JOY RUSMINTRATIP, M.D., and CLAIRE TURCHI, M.D.,<br><br>Defendants. | No. C 12-00444 WHA<br><br>**ORDER DENYING MOTION TO QUASH** |

Reserving on the extent to which materials will be admissible and usable at trial, defendants' motion to quash plaintiffs' subpoena for Stanford Hospital & Clinics' Custodian of Records regarding the AMA Policies and Procedures is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE