IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY and LESLIE TUREK, as successors in interest to the Estate of Michael Turek, deceased, and in their individual capacities,<br><br>          Plaintiffs,<br><br>     v.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, JUSTIN BIRNBAUM, M.D. MICHAEL GADBOW, M.D., KATHERINE IESEN, M.D., JOY RUSMINTRATIP, M.D., and CLAIRE TURCHI, M.D.,<br><br>          Defendants.<br>                                                             / | No. C 12-00444 WHA<br><br>**NOTICE RE TRIAL** |

   The Court understands that this case is to go to trial on **MONDAY, OCTOBER 21**, and fully expects it to do so.  In the off chance that the parties are contemplating settlement, please be aware that they must notify the Court, by **NOON ON FRIDAY**, if anyone wishes to dismiss the case on account of settlement.  This is so that we could alert the jury venire and avoid them having to come in on Monday morning for jury selection.  If the case is settled on the courthouse steps on Monday morning, the party that requested the jury will be charged for all jury fees incurred.  Please do not call and say you have a settlement in principle.  Only a fully executed settlement and dismissal of the matter will be sufficient.

   **IT IS SO ORDERED.**

Dated: October 17, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE