**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   ANTHONY TUREK,                          No. C 12-00444 WHA

10              Plaintiff,                   **ORDER TO JURY COMMISSIONER**

11     v.

12   STANFORD UNIVERSITY MEDICAL
     CENTER,
13
                Defendant.
14   _____/

15         IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall

16   furnish daily refreshments for the members of the jury in the above-entitled matter and during the

17   deliberation lunch shall be furnished for the members of the jury at the expense of the United States

18   District Court Jury Commissioner.

19

20

21   Dated: October 17, 2013

                                    _____
22                                  WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28