IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TUREK and LESLIE TUREK, as successors in interest to the Estate of Michael Turek, deceased, and in their individual capacities,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUSTIN BIRNBAUM, M.D., JOY RUSMINTRATIP, M.D., and STANFORD HOSPITAL & CLINICS,<br><br>    Defendants.<br>_____/ | No. C 12-00444 WHA<br><br>**ORDER REGARDING DEPOSITION OF DAVID ELLIOT** |

    The Court has read the proposed designations from the deposition of David Elliot. The problem is that the whole point of the witness is to authenticate a particular email that has been discussed in Court during the trial (but not yet in evidence). Mr. Elliot's deposition testimony, however, does *not* refer to any specific email and no such email is appended to the designations as an exhibit. In order to authenticate the specific email we have been discussing in Court, the specific email needs to have been shown to the witness and for the witness to authenticate it. The deposition testimony of Mr. Elliot does not do so and the email in question was unfortunately never used as an exhibit to the deposition. Therefore, there is no point in the deposition testimony and it will all be excluded under Rule 403. This is without prejudice to

bringing Mr. Elliot as a live witness to show him the actual email and authenticate it in the proper way.

**IT IS SO ORDERED.**

Dated: October 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE