IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY and LESLIE TUREK, as successors in interest to the Estate of Michael Turek, deceased, and in their individual capacities,

    Plaintiffs,

  v.

JUSTIN BIRNBAUM, M.D., JOY RUSMINTRATIP, M.D., and STANFORD HOSPITAL & CLINICS,

    Defendants.

No. C 12-00444 WHA

**JUDGMENT**

In accordance with the verdict received on October 28, 2013, and for the reasons stated in the official special-verdict from, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE