FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY TUREK and LESLIE TUREK, as Successor in Interest to the Estate of Michael Turek, deceased, and in their individual capacity,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>STANFORD UNIVERSITY MEDICAL CENTER, Stanford Hospital & Clinics; et al.,<br><br>    Defendants - Appellees. | No. 13-17446<br><br>D.C. No. 3:12-cv-00444-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b) by appellant and appellee, it is ordered that appeal No.13-17446 be dismissed with prejudice. Costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this court.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court


                              Alihandra M. Totor
                              Deputy Clerk
                              Ninth Circuit Rules 27-7 and 27 10

Amt\/Pro Mo 13Dec2013